UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
SIXTO RODRIGUEZ, ET AL.,

           Plaintiff,

-against-

SOLARES CORP. and DOMINGO
MORONTA,

           Defendants.
------------------------------------------------------x



NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
16-CV-3922 (CBA) (SMG)

**AMON, United States District Judge:**

The Court has received the Report and Recommendation ("R&R") of the Honorable Steven M. Gold, United States Magistrate Judge, recommending that the Clerk be directed to enter default against defendants and that plaintiffs be directed to file a motion for entry of default judgments within three weeks of any Order adopting this Report and Recommendation. (See D.E. # 156.)

No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

The Court has reviewed the record and, finding no clear error, adopts the well-reasoned R&R as the opinion of the Court. The Court notes since the R&R was issued, defendants have not taken any actions with respect to this case, including responding to the R&R. Plaintiffs are

1

directed to file a motion for entry of default judgments within three weeks of the Clerk's entry of default.

SO ORDERED.

Dated: February 14, 2018
       Brooklyn, New York

s/Carol Bagley Amon
_____
Carol Bagley Amon
United States District Judge